| | |
|---|---|
| District Court, Eagle County, Colorado<br><br>Court Address and Phone Number:<br>885 Chambers Ave, Eagle, CO 81631<br><br>(970) 328-6373 | |
| **Plaintiff:** Arron Pisani<br><br>**Defendants** The Ritz-Carlton Hotel Company Limited Liability Company and,<br>Patrick Harrington, and individual | |
| | ∆ **COURT USE ONLY** ∆ |
| Attorney Name and Address:<br>Colin J. Wilhelm #48473<br>The Richards law Office P.C.<br>P.O. Box 3200<br>Glenwood Springs, CO 81601<br>Phone: (970) 456-1922<br>FAX: Not Designated         Division | Case Number: 19CV30267 |
| **FIRST AMENDED COMPLAINT AND JURY DEMAND** | |

The Plaintiff, Aaron Pisani, by and through her attorney, Colin J. Wilhelm, for his First Amended Complaint against the Defendants, states and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action under C.R.S. § 13-21-115 for injuries and damages suffered by the Plaintiff while an invitee of the Defendants on real property or, in the alternative, negligence if the Court finds that an action under C.R.S. § 13-21-115 is not appropriate.

2. At the time of the incident which gave rise to the Complaint, the Plaintiff was and continues to be a resident of the State of Colorado.

3. Defendant the Ritz-Carlton, Hotel Company LLC, is a Foreign Limited Liability Company, registered in Delaware with a Principal place of business located at, 10400 FERNWOOD RD, Dept 92413, BETHESDA, MD 20817

4. Defendant Patrick Harrington is an individual.

5. Upon information and belief, Defendant Patrick Harrington is a Florida resident residing at 2708 Dundee Street Tampa Florida 39629.

**EXHIBIT C**

6. Upon information and belief, at all times relevant to this case, the Ritz-Carlton Hotel Company LLC was owner and operator of the Ritz-Carlton Hotel Company LLC and the Wyld Bar, both located at 0130 Daybreak Ridge Rd, Avon, CO 81620.

7. Upon information and belief, at all times relevant, Defendant Patrick Harrington was a hotel guest at the Ritz-Carlton.

8. The subject incident which forms the basis for this action occurred on December 2, 2018, on the premises located at Ritz-Carlton Bachelor Gulch and the Wyld Bar, both located at 0130 Daybreak Ridge Rd, Avon, CO 81620., Glenwood Springs, Colorado (hereafter the "Property").

9. Upon information and belief on December 2, 2018 Plaintiff was at the Wyld Bar Located in The Ritz-Carlton, Bachelor Gulch with an address of 0130 Daybreak Ridge Rd, Avon, CO 81620.  There Plaintiff was assaulted and battered with a closed fist in the head by Defendant Patrick Harrington.

10. Jurisdiction in this matter is proper pursuant to C.R.S. §13-1-124(1)(b) since the negligent and/or tortious act(s) that form(s) the basis for this lawsuit occurred within the State of Colorado and because the overall damages claimed exceed the jurisdictional minimum of this court.

11. This court has jurisdiction over this action as provided by law.

12. Venue is proper in the County of Garfield pursuant to C.R.C.P. 98(c) because the incident that forms the basis for this action occurred in Eagle County, Colorado.

**FIRST CLAIM FOR RELIEF**
**(Premises Liability against Defendant Ritz-Carlton Hotel Company LLC)**

13. Plaintiff incorporates herein by reference the factual allegations contained in paragraphs 1 through 12 above.

14. On or about December 2, 2018, Defendant Ritz-Carlton Hotel Company LLC were in the business of owning and operating a hotel and restaurant and bar located on the real property.

15. On or about December 2, 2018, the Property was real property within the meaning of C.R.S. § 13-21-115.

16. On or about December 2, 2018, the Defendant Ritz-Carlton Hotel Company LLC was legally responsible for the condition of said Property or for the activities conducted or circumstances existing on said Property and were therefore "landowners" as defined in C.R.S. § 13-21-115.

17. As landowners, the Defendant Ritz-Carlton Hotel Company LLC was and are liable for injury occurring to persons, including the Plaintiff, while on the Property by reason of the condition of the Property or activities conducted or circumstances existing on the Property as provided in C.R.S. § 13-21-115.

18. On or about December 2, 2018, Plaintiff was at the Wyld Bar Located in The Ritz-Carlton, Bachelor Gulch with an address of 0130 Daybreak Ridge Rd, Avon, CO 81620. There Plaintiff was assaulted and battered with a closed fist in the head by Defendant Patrick Harrington

19. Plaintiff was an "invitee" as defined in C.R.S. § 13-21-115.

20. The Defendants unreasonably failed to exercise reasonable care to protect persons such as the Plaintiff against the dangers of which the Defendants knew or should have known existed on the Property.

21. Plaintiff's injuries and damages were caused by Defendants' unreasonable failure to exercise reasonable care to protect persons such as the Plaintiff against dangers of which the Defendants knew or should have known as provided in C.R.S. § 13-21-115.

22. As a direct and proximate result of the Defendant Ritz-Carlton Hotel Company LLC's actions or inaction as described herein, the Plaintiff suffered injuries and damages, including but not limited to, the following:

    a. Severe physical injuries.

    b. Significant pain, suffering and anguish.

    c. Temporary impairment and disability.

    d. Loss of earnings.

    e. Medical expense.

    f. Inconvenience, loss of enjoyment of life and disruption of lifestyle.

    g. Other injuries, losses and damages as may be established by the evidence to be presented to the Court and jury.

23. Under the provisions of C.R.S. § 13-21-115, the Defendant Ritz-Carlton Hotel Company LLC are liable to the Plaintiff for the injuries and damages suffered by her as described herein.

## SECOND CLAIM FOR RELIEF
### (Battery against Patrick Harrington)

24. Plaintiff incorporates herein by reference the factual allegations contained in paragraphs 1 through 23 above.

25. On or about December 2, 2018 defendant Patrick Harrington acted either with the intent of making contact with the person of the plaintiff or with the intent of putting the plaintiff in apprehension of such a contact.

26. The plaintiff was placed in apprehension of an imminent contact with his or her person by the conduct of the defendant Patrick Harrington.

27. The Defendant Patrick Harrington made harmful and offensive contact with the Plaintiff.

28. The Defendant Patrick Harrington's intentional actions caused severe injuries and damages to the Plaintiff.

29. As a direct and proximate result of the Defendant Patrick Harrington's intentional actions, the Plaintiff suffered injuries and damages, including but not limited to, the following:

    a. Severe physical injuries.

    b. Pain, suffering and anguish;

    c. Temporary impairment and disability.

    d. Loss of earnings.

    e. Medical expense.

    f. Inconvenience, loss of enjoyment of life, and disruption of lifestyle.

30. Other injuries, losses and damages as may be established by the evidence to be presented to the Court and jury.

WHEREFORE, Plaintiff prays the Court as follows:

      a.    For judgment in favor of the Plaintiff and against the Defendants in such amount as may be established by the evidence presented to the Court and jury.

      b.    For pre-judgment interest and post-judgment interest and costs as provided by law.

      c.    For such other and further relief as the Court may deem proper.

**PLAINTIFF DEMANDS A TRIAL TO A JURY AS PROVIDED BY LAW.**

Dated this 22nd day of January, 2020

                                          THE RICHARDS LAW OFFICE

                                          By:*/s/ Colin J. Wilhelm*
                                          Colin J. Wilhelm
                                          Attorney for Plaintiff

Plaintiff's Address:
1950 Logan Street
Denver CO 80203